UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHELL LOVE and
SHEIKESS M. LOVE BEY I,

      Plaintiffs,

v.

MICHIGAN PROPERTY RESOURCES
et al.,

      Defendants.
_____/

Case No. 2:23-cv-12944

Honorable Susan K. DeClercq
United States District Judge

## JUDGMENT

In accordance with the Opinion and Order entered today:

It is **ORDERED** that Plaintiffs' Motion for Reconsideration, ECF No. 36, is **DENIED**. Further, it is **ORDERED** that Plaintiffs' Second Amended Complaint, ECF No. 38, is **STRICKEN**. Further, it is **ORDERED** that Plaintiffs' Amended Complaint, ECF No. 6 is **DISMISSED**. Further, it is **ORDERED** that Plaintiffs' Motion to Change Venue, ECF No. 41, is **DENIED AS MOOT**. Further, it is **ORDERED** that Plaintiffs are **DENIED** a certificate of appealability and leave to appeal *in forma pauperis*. **This order closes the above-captioned case**.

                              */s/Susan K. DeClercq*
                              SUSAN K. DeCLERCQ
                              United States District Judge

Dated: 6/14/2024